IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **TITUS ALPHONSO GADDY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **1:08CV97** |
| | ) |
| **DR. C.A. HARRELL and** | ) |
| **NICOLE COZAIRER, Pharmacist,** | ) |
| | ) |
| **Defendants.** | ) |

### O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 18, 2010, was served on the parties in this action. Plaintiff filed objections to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendants' Rule 12(b)(6) motion to dismiss [Docket No. 18] is **GRANTED** and that this action is dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                                                      United States District Judge

Date: June 29, 2010